**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CIVIL ACTION NO. 23-cv-12935-JEK

---

MARCELLA SLINEY, on behalf of her son )
COLMN GILROY, and JACQUELINE GILL, )
on behalf of her son JOHN RUSHTON GILL, )
                                       )
                                       )
               Plaintiffs, )
     v. )
                                         )
MASSACHUSETTS INTERSCHOLASTIC )
ATHLETIC ASSOCIATION, INC., )
                                       )
              Defendant. )
                                          )

---

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs Marcella Sliney, on behalf of Colmn Gilroy and Jacqueline Gill, on behalf of her son John Rushton Gill (collectively "Plaintiffs"), hereby notify the Court that the parties have resolved the issues raised in Plaintiffs' Verified Complaint in this action, and Plaintiffs hereby file this Notice of Dismissal of their claims herein.

1

Respectfully submitted,

Plaintiffs,

MARCELLA SLINEY, on behalf of her son COLMN GILROY, and JAQUELINE GILL, on behalf of her son JOHN RUSHTON GILL,

By their Attorneys,

/S/ *Daniel T. S. Heffernan*

Daniel T. S. Heffernan, BBO #550794
Joseph J. Koltun, BBO #641117
KOTIN, CRABTREE & STRONG, LLP
Three Newton Executive Park
2223 Washington Street, Suite 101
Newton, MA 02462
p: (617) 227-7031
f: (617) 367-2988
dheffernan@kcslegal.com
jkoltun@kcslegal.com

DATED:  December 8, 2023

2